UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIOP L. PRICE,

                Plaintiff,

– *against* –

CORRECTION OFFICER I FU,
CORRECTION OFFICER LIN, CAPTAIN
WICKNAM, *and* THE CITY OF NEW YORK,

                Defendants.

**ORDER**
19 Civ. 6845 (ER)

RAMOS, D.J.:

    The Court is in receipt of the City of New York's letter of January 9, 2020, Doc. 18, which attaches a letter from Diop Price received by the City on January 3, 2020. In the attached letter Price indicates mail from the Court was delayed in reaching him, and he indicates he wishes to continue this action. He also provided his wife's address in Richmond Hills, New York as an alternate means of reaching him.

    *First*, Price is ordered to direct all of his correspondence to the Court to the Pro Se Intake Unite at the following address:

> Pro Se Intake Unit
> Room 200
> 500 Pearl Street
> New York, NY 10007.

    *Second*, Price is ordered to immediately inform the Court via letter to the Pro Se Intake Unit when he is transferred to a new facility or his address otherwise changes. Failure to do so will result in adverse action, up to and including dismissal of his complaint. The Court will mail this order to the alternative address in Richmond Hills only once and will not address any further correspondence to that address. Price is also ordered to promptly respond to requests from the City as the City moves to fulfill its obligations under Local Civil Rule 33.2. Failure to do so will also result in adverse action, up to and including dismissal of his complaint.

*Third*, pursuant to the Court's Order of October 23, 2019, Doc. 11, and Letter Endorsement of December 27, Doc. 16, the City is ordered to respond to Price's complaint and fulfill its obligations under Local Civil Rule 33.2 by February 10, 2020.

*Fourth,* the Clerk of Court is respectfully directed to change Price's address on the docket to the following:

> Diop L. Price, DIN 17A1677
> Greene Correctional Facility
> 165 Plank Road
> P.O. Box 8
> Coxsackie, New York 12051-0008

*Fifth*, the Clerk is further directed to mail a copy of this order to Price at the above address and mail a copy of this order to the following address provided by Price, as well:

> Diop L. Price
> c/o Rachel N. Price
> 126-11 Jamaica Ave.
> Apt. #2F
> Richmond Hill, NY 11418

It is SO ORDERED.

Dated: January 10, 2020
New York, New York

EDGARDO RAMOS, U.S.D.J.