UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIOP L. PRICE,

                Plaintiff,

– against –

CORRECTION OFFICER I FU,
CORRECTION OFFICER LIN,
CAPTAIN WICKNAM, *and* THE CITY
OF NEW YORK,

                Defendants.

**ORDER**

19 Civ. 6845 (ER)

Ramos, D.J.:

    The Court is in receipt of Price's letter dated March 19, 2020 and received by this Court via counsel for defendants on June 1, 2020. Price is directed to address his correspondence with the Court to the following address:

    Pro Se Intake Unit
    Room 200
    500 Pearl Street
    New York, NY 10007

Furthermore, the Clerk of Court is respectfully directed to change Price's address to the following:

    Diop L. Price
    c/o Rachel N. Price
    126-11 Jamaica Ave.
    Apt. #2F
    Richmond Hill, NY 11418

It is SO ORDERED.

Dated:   June 2, 2020
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.

Copies Mailed/Faxed
Chambers of Edgardo Ramos