UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIOP L. PRICE,<br><br>                    Plaintiff,<br><br>     v.<br><br>CORRECTION OFFICER I FU, CORRECTION OFFICER LIN, CAPTAIN WICKNAM, and THE CITY OF NEW YORK,<br><br>                    Defendants. | **ORDER**<br><br>19 Civ. 6845 (ER) |

RAMOS, D.J.

On July 22, 2019, Diop L. Price brought this action against the defendants. Doc. 2. The defendants answered the Complaint on February 10, 2020. Doc. 22. To date, there has been no further activity in this case.

The parties are hereby directed to submit a joint status report regarding the case by **April 22, 2022.** The Clerk of Court is respectfully directed to mail a copy of this Order, Doc. 22, and the docket to Price.

It is SO ORDERED.

Dated: April 8, 2022
        New York, New York

                                                          Edgardo Ramos, U.S.D.J.