UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIOP L. PRICE,

                Plaintiff,

v.

CORRECTION OFFICER I FU,
CORRECTION OFFICER LIN, CAPTAIN
WICKNAM, and THE CITY OF NEW YORK,

                Defendants.

**ORDER**

19 Civ. 6845 (ER)

RAMOS, D.J.

    On July 22, 2019, Diop L. Price brought this action against the defendants. Doc. 2. The defendants answered the Complaint on February 10, 2020. Doc. 22. On April 8, 2022, the Court directed the parties to submit a joint status report regarding the case by April 22, 2022. Defense counsel filed a status report, indicating that they have not heard from Price for over a year and believe that he has abandoned the case. Doc. 27.

    Price is therefore directed to submit a status report regarding the case by **May 9, 2022.** Failure to comply with Court orders will result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). The Clerk of Court is respectfully directed to mail a copy of this Order to Price.

    It is SO ORDERED.

Dated: April 25, 2022
       New York, New York

                                                           Edgardo Ramos, U.S.D.J.